**WO**                          KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Freddy Mondragon,<br><br>    Plaintiff,<br><br>vs.<br><br>Sgt. Durham, et al.,<br><br>    Defendants. | No. CIV 05-2824-PHX-MHM (LOA)<br><br>**ORDER** |

On September 15, 2005, Plaintiff Freddy Mondragon, presently confined in the Maricopa County Towers Jail, filed a Civil Rights Complaint by a Prisoner ("Complaint") pursuant to 42 U.S.C. § 1983. The Court dismissed the Complaint with leave to amend on April 4, 2006 (Doc. #3). On May 16, 2006, Plaintiff filed a Motion for Extension of Time to file an amended complaint (Doc. #5).

In his Motion, Plaintiff states that his documents have been "mishandled" by Inmate Legal Services. The Court will grant Plaintiff's Motion. Plaintiff will have forty-five (45) days from the filing date of this order to file an amended complaint.

**Rule 41(b) Warning**

If Plaintiff fails to timely comply with every provision of this Order, this action will be dismissed without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (district court may dismiss action for failure to comply with any order of the

**JDDL-k**

1  court). Moreover, because the Complaint has been dismissed for failure to state a claim, if
2  Plaintiff fails to file an amended complaint correcting the deficiencies identified in the
3  Court's April 4, 2006 Order, the dismissal of this action will count as a "strike" under the
4  "three strikes" provision of the Prison Litigation Reform Act. See 28 U.S.C. § 1915(g).

5  **IT IS THEREFORE ORDERED** as follows:

6  (1) Plaintiff's May 16, 2006 Motion for Extension of Time (Doc. #5) is GRANTED;

7  (2) Plaintiff SHALL HAVE forty-five (45) days from the filing date of this Order to
8  file an amended complaint in order to state specific allegations of deprivation of
9  constitutional rights against proper defendant(s), to name as defendant(s) the individual(s)
10 who participated in the activities alleged in his amended complaint, to state what injury he
11 has suffered as a result of the activities of the defendant(s), and to show how, prior to filing
12 this action, he exhausted his administrative remedies as to each of his claims for relief. The
13 amended complaint must be retyped or rewritten in its entirety on the current Court-approved
14 form included with this Order, may not incorporate any part of the original Complaint by
15 reference, and must contain Plaintiff's original signature. If Plaintiff fails to file the
16 amended complaint on a current Court-approved form, the amended complaint will be
17 stricken and the action dismissed without further notice to Plaintiff. Any amended complaint
18 submitted by Plaintiff should be clearly designated as an amended complaint on the face of
19 the document;

20 (3) The Clerk of Court shall enter a judgment of dismissal of this action with prejudice
21 and without further notice to Plaintiff if Plaintiff fails to file an amended complaint within
22 forty-five (45) days of the date this Order is filed. Upon entry of judgment, the Clerk shall
23 make an entry on the docket in this matter indicating that the dismissal of this action falls
24 within the purview of 28 U.S.C. § 1915(g);

25 (5) A clear, legible copy of every pleading or other document filed SHALL
26 ACCOMPANY each original pleading or other document filed with the Clerk for use by the
27 District Judge or Magistrate Judge to whom the case is assigned. See LRCiv 5.4. **Failure
28 to submit a copy along with the original pleading or document will result in the**

**JDDL-k**                                     - 2 -

1 **pleading or document being stricken without further notice to Plaintiff;**

2     (6) At all times during the pendency of this action, Plaintiff SHALL IMMEDIATELY
3 ADVISE the Court and the United States Marshal of any change of address and its effective
4 date.  Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS."  The notice
5 shall contain only information pertaining to the change of address and its effective date,
6 except that if Plaintiff has been released from custody, the notice should so indicate.  The
7 notice shall not include any motions for any other relief.  Failure to file a NOTICE OF
8 CHANGE OF ADDRESS may result in the dismissal of the action for failure to prosecute
9 pursuant to Federal Rule of Civil Procedure 41(b);

10     (7)  The Clerk of the Court is DIRECTED to provide Plaintiff with a current, Court-
11 approved form for filing a civil rights complaint pursuant to 42 U.S.C. § 1983.

12     DATED this 7th day of June, 2006.

                                      Mary H. Murguia
                                      United States District Judge

**JDDL-k**

- 3 -